IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 19- 135-UNA |
| | ) |
| NATHAN MATTHEWS, | ) |
| | ) REDACTED |
| Defendant. | ) |

**INDICTMENT**

The Grand Jury for the District of Delaware charges that:

**COUNT ONE**

On or about September 26, 2019, in the District of Delaware, the defendant, NATHAN MATTHEWS, knowing he had previously been convicted in the Superior Court of the State of Delaware of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce ammunition, that is, thirty-two (32) rounds of 9 mm ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) & 924(a)(2).

FILED

DEC - 3 2019

U.S. DISTRICT COURT DISTRICT OF DELAWARE

1

## NOTICE OF FORFEITURE FOR COUNT ONE

Upon conviction of the offense alleged in Count One of this Indictment, the defendant, NATHAN MATTHEWS, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to: thirty-two (32) rounds of 9 mm ammunition.

A TRUE BILL:

_____
Foreperson

DAVID C. WEISS
UNITED STATES ATTORNEY

By: *(signature)*
Ruth Mandelbaum
Maureen McCartney
Assistant United States Attorneys

2