# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 19-135-CFC |
| ) | |
| NATHAN MATTHEWS, ) | REDACTED |
| Defendant. ) | |

## SUPERSEDING INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about September 26, 2019, in the District of Delaware, the defendant, NATHAN MATTHEWS, knowing he had previously been convicted in the Superior Court of the State of Delaware of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce ammunition, that is, thirty-two (32) rounds of 9 mm ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) & 924(a)(2).

### COUNT TWO

On or about September 26, 2019, in the District of Delaware, the defendant, NATHAN MATTHEWS did knowingly possess a machinegun as defined in 18 U.S.C. § 921(a)(23), that is, two (2) machinegun conversion devices with counterfeit "Glock" logos.

In violation of 18 U.S.C. §§ 922(o) & 924(a)(2).



FILED
JAN - 7 2020
US DISTRICT COURT
DISTRICT OF DELAWARE

1

## COUNT THREE

On or about September 26, 2019, in the District of Delaware, the defendant, NATHAN MATTHEWS did knowingly possess a firearm, a machinegun as defined in 26 U.S.C. § 5845(b), that is a machinegun conversion device with a counterfeit "Glock" logo, not registered to him in the National Firearms Registration and Transfer record.

In violation of 26 U.S.C. §§ 5841, 5861(d), & 5871.

## COUNT FOUR

On or about September 26, 2019, in the District of Delaware, the defendant, NATHAN MATTHEWS did knowingly possess a firearm, a machinegun as defined in 26 U.S.C. § 5845(b), that is a machinegun conversion device with a counterfeit "Glock" logo, not registered to him in the National Firearms Registration and Transfer record.

In violation of 26 U.S.C. §§ 5841, 5861(d), & 5871.

## NOTICE OF FORFEITURE FOR COUNT ONE

Upon conviction of the offense alleged in Count One of this Indictment, the defendant, NATHAN MATTHEWS, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to: thirty-two (32) rounds of 9 mm ammunition, two (2) machinegun conversion devices with counterfeit "Glock" logos, and one (1) 9 mm handgun with no serial number.

## NOTICE OF FORFEITURE FOR COUNT TWO

Upon conviction of the offense alleged in Count Two of this Indictment, the defendant, NATHAN MATTHEWS, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense,

including, but not limited to: two (2) machinegun conversion devices with counterfeit "Glock" logos.

## NOTICE OF FORFEITURE FOR COUNTS THREE AND FOUR

Upon conviction of one or more of the offenses alleged in Counts Three and Four of this Indictment, the defendant, NATHAN MATTHEWS, shall forfeit to the United States pursuant to 26 U.S.C. § 5872, all firearms involved in the commission of the offense, including, but not limited to: two (2) machinegun conversion devices with counterfeit "Glock" logos.

A TRUE BILL:


Foreperson


DAVID C. WEISS
UNITED STATES ATTORNEY

By: _____
Ruth Mandelbaum
Maureen McCartney
Assistant United States Attorneys